No. 11-5329. Ty Erik Lopes, Petitioner v. Roseanne Campbell, Warden, et al.

565 U.S. 901, 132 S. Ct. 297, 181 L. Ed. 2d 180, 2011 U.S. LEXIS 5714.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 13.